# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| TERRENCE HAWKINS, | No. ED CV 20-00567-DMG (DFM) |
| Plaintiff, | Order Accepting Report and Recommendation of United States Magistrate Judge |
| v. | |
| DR. LOH et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, records, and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge.  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has long passed.  The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that this action be dismissed without prejudice.

DATED:  November 3, 2021

DOLLY M. GEE
United States District Judge