JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| TERRENCE HAWKINS,<br><br>Plaintiff,<br><br>v.<br><br>DR. LOH et al.,<br><br>Defendants. | No. ED CV 20-00567-DMG (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: November 3, 2021

_____
DOLLY M. GEE
United States District Judge